IN THE UNITED STATES COURT

NORTHERN DISTRICT, TEXAS

FORT WORTH, DIVISION

U.S. MARSHAL'S OFFICE
U.S. ATTORNEY GENERAL
VS.
MARCEL FERDINAND MALLORY

RE: WARRANT #A771036219

**Petition Requesting Court-Appointed Counsel Assignment**

TO THE HONORABLE MAGISTRATE JUDGE;

## I.

**Summary of Facts**

ON, (12-12-18); THE ABOVE-REFERENCED (JUDICIARY) HAS ORDERED DEFENDANT MARCEL F. MALLORY BE BROUGHT BEFORE THE COURT ON THE SAID FEDERAL CHARGE, AND IN FURTHER SUPPORT THEREOF AS FOLLOWS;

## II.

**Proposition**

PETITIONER FILED HIS PETITION TO; "WITHDRAW" (HOLD) BY PRO-SE STATUS LAYMAN-AT-LAW UNDER PRAYER THAT HE CAN NOT BE HELD TO THE STRINGENT-STANDARDS OF A LICENSED ATTORNEY-AT-LAW. AMEN...

PAGE (1) OF (2)

### III.

### *Attorney Assignment
### w/ Authority

Petitioner requests Court Appointed Attorney Assignment in reference to the Court-Ordered Appearance Before Judge: Jeffrey L. Cureton, and further asserts his Constitutional Rights to an Appointed Counsel under the 6th, and the 14th-Amendments to the U.S. Constitution.

### IV.

### *Legal Conclusion

Petitioner would be Prejudiced if had to uphold this Magistrate Hearing "Alone". He has no-valid expertise as a Pro-se Litigant, and has no-legal experience with Criminal Court Complexities; Pursuant to the: Texas Code of Criminal-Procedure and/or the: Texas Criminal Rules of Evidence in Conjunction w/ F.R.C.P.; and F.R.C.E.!

### V.

### *Prayer

Wherefore, All Premises considered, Petitioner Prays this Honorable Court (Appoint-Counsel) to Assist Petitioner in upholding his; Interests-of Justice in all Respects.

Respectfully Submitted,

*Marcel Mallory*

Marcel F. Mallory
Petitioner/Pro-se

Page (2) of (2) Final.        * In God We Trust!

Marcel Mallory CID# 0393481
100 N. Lamar St.
Fort Worth Tx 76196

FT WORTH DIVISION
2018 FEB 23 PM 1:16
CLERK OF COURT

* Legal mail *

United States District Court
Office of the Clerk
Northern District of Texas
501 West Tenth St. Room 310
Fort Worth Tx 76102

NORTH TEXAS TX PSDC
DALLAS TX 750
21 FEB 2018 PM 4 L
FOREVER USA
Barn Swallow

76102-975999